**Wegman, Levin & Stanley**
Attorneys at Law
5200 Lankershim Blvd., Suite 850
North Hollywood, California  91601
Tel: (818) 980-4000  Fax: (818) 980-4080

John J. Stanley (SBN 202723)

ATTORNEYS FOR: Iourii Bagasian, Defendant

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>IOURII BAGASIAN,<br><br>　　　　　　　　　　Defendant. | Case Number: 2:07-CR-00087-MCE<br><br>STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE DATE ORDER<br><br>Present Date:　April 24, 2007<br>Present Time:　9:00 a.m.<br><br>Requested Date:　May 24, 2007<br>Requested Time:　9:00 a.m. |

　　　　Defendant Iourii Bagasian, by and through his attorney of record John J. Stanley and plaintiff United States of America, by and through Assistant United States Attorney Benjamin Wagner, hereby agree and stipulate as follows:

　　　　1.　　On April 13, 2007, defense counsel rested in People v. Mandy To, Los Angeles Superior Court Case No. GA066272, Northeast District, Department F, Honorable Leslie E. Brown, Judge, presiding.  From April 18, 2007, through April 23, 2007, jury deliberations are adjourned.  The jury is ordered to resume deliberations at 9:00 a.m. on Tuesday the 24th of April, 2007.  During jury deliberations counsel is ordered to be within twenty minutes of being able to be personally present in the trial court.

　　　　2.　　Pursuant to Title 18, U.S. Code § 3161(h)(8)(B)(iv), local rule T4, the parties hereby stipulate that the time between April 24th, 2007, and May 24th, 2007, be

excluded under the speedy trial act.

3. Whereupon, the parties hereby stipulate and respectfully request that the scheduled status conference be continued to May 24, 2007.

IT IS SO STIPULATED.

Dated: April 19, 2007

Respectfully submitted,

WEGMAN, LEVIN & STANLEY

/s/ John J. Stanley

_____
JOHN J. STANLEY
Attorneys for Iourii Bagasian, Defendant

Dated: April 19, 2007

/s/ Benjamin Wagner

_____
BENJAMIN B. WAGNER
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: April 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE