# Wegman, Levin & Stanley
Attorneys at Law

5200 Lankershim Blvd., Suite 850
North Hollywood, California  91601
Tel: (818) 980-4000  Fax: (818) 980-4080

John J. Stanley (SBN 202723)

ATTORNEYS FOR: Iourii Bagasian, Defendant

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 2:07-CR-00087 |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF SENTENCING DATE ORDER |
| vs. | Present Date:  May 23, 2007 |
| IOURII BAGASIAN, | Present Time:  9:00 a.m. |
| Defendant. | Requested Date:  May 31 , 2007 |
| | Requested Time:  9:00 a.m. |

Defendant Iourii Bagasian, by and through his attorney of record John J. Stanley and plaintiff United States of America, by and through Assistant United States Attorney Benjamin Wagner, hereby agree and stipulate as follows:

1. Pursuant to Title 18, U.S. Code § 3161h (B) (iv), local rule T4, the parties hereby stipulate that the time between May 24th, 2007, and May 31st, 2007, be excluded under the speedy trial act.

2. Whereupon, the parties hereby stipulate and respectfully request that the scheduled status conference be continued to May 31st, 2007.

IT IS SO STIPULATED.

Dated: May 23, 2007

Respectfully submitted,

WEGMAN, LEVIN & STANLEY

/s/

_____
JOHN J. STANLEY
Attorneys for Iourii Bagasian, Defendant

Dated: May 23, 2007

/s/

_____
BENJAMIN WAGNER
Assistant United States Attorney
Attorneys for United States of America, Plaintiff

ORDER

IT IS SO ORDERED.

Dated: May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE