**Wegman, Levin & Stanley**
Attorneys at Law
5200 Lankershim Blvd., Suite 850
North Hollywood, California  91601
Tel: (818) 980-4000  Fax: (818) 980-4080

John J. Stanley (SBN 202723)

ATTORNEYS FOR: Iourii Bagasian, Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>IOURII BAGASIAN,<br><br>　　　　　　　Defendant. | Case Number: No. 2:07-cr-00087-MCE<br><br>STIPULATION RE: CONTINUANCE OF SENTENCING DATE ORDER<br><br>Present Date:  July 19, 2007<br>Present Time:  9:00 a.m.<br><br>Requested Date:  August 30, 2007<br>Requested Time:  9:00 a.m. |

　　　Defendant Iourii Bagasian, by and through his attorney of record John J. Stanley and plaintiff United States of America, by and through Assistant United States Attorney Benjamin Wagner, hereby agree and stipulate as follows:

　　　1.　Pursuant to Title 18, U.S. Code § 3161h (B) (iv), local rule T4, the parties hereby stipulate that the time between July 19th, 2007, and August 30th, 2007, be excluded under the speedy trial act.

　　　2.　Whereupon, the parties hereby stipulate and respectfully request that the scheduled status conference be continued to August 30th, 2007.

///

///

///

///

STIPULATION RE: CONTINUANCE OF SENTENCING DATE [PROPOSED] ORDER

1  IT IS SO STIPULATED.

2

3  Dated: July 16, 2007                    Respectfully submitted,

4                                          WEGMAN, LEVIN & STANLEY

5

6                                                  /S/

7                                          _____
                                           JOHN J. STANLEY
8                                          Attorneys for Iourii Bagasian, Defendant

9

10 Dated: July 16, 2007

11

12                                                 /S/

13                                         _____
                                           BENJAMIN WAGNER
                                           Assistant United States Attorney
14                                         Attorneys for United States of America,
                                           Plaintiff
15

16

17                         ORDER

18

19      IT IS SO ORDERED.

20

21  Dated: July 17, 2007

22                                         _____
                                           MORRISON C. ENGLAND, JR.
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION RE: CONTINUANCE OF SENTENCING DATE [PROPOSED] ORDER