# Wegman, Levin & Stanley
Attorneys at Law

5200 Lankershim Blvd., Suite 850
North Hollywood, California  91601
Tel: (818) 980-4000  Fax: (818) 980-4080

John J. Stanley (SBN 202723)

ATTORNEYS FOR: Iourii Bagasian, Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 2:07-cr-00087-MCE |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF SENTENCING DATE ORDER |
| vs. | Present Date: August 30, 2007<br>Present Time: 9:00 a.m. |
| IOURII BAGASIAN, | |
| Defendant. | Requested Date: September 13, 2007<br>Requested Time: 9:00 a.m. |

   Defendant Iourii Bagasian, by and through his attorney of record John J. Stanley and plaintiff United States of America, by and through Assistant United States Attorney Benjamin Wagner, hereby agree and stipulate as follows:

1. Pursuant to Title 18, U.S. Code § 3161h (B) (iv), local rule T4, the parties hereby stipulate that the time between August 30, 2007, and September 13, 2007, be excluded under the speedy trial act.

2. Whereupon, the parties hereby stipulate and respectfully request that the scheduled status conference be continued to September 13, 2007.

///

///

///

IT IS SO STIPULATED.

Dated: August 27, 2007				Respectfully submitted,

				WEGMAN, LEVIN & STANLEY

				/s/
				_____
				JOHN J. STANLEY
				Attorneys for Iourii Bagasian, Defendant

Dated: August 27, 2007

				/s/
				_____
				BENJAMIN WAGNER
				Assistant United States Attorney
				Attorneys for United States of America, Plaintiff

ORDER

IT IS SO ORDERED.

Dated: August 29, 2007

				_____
				MORRISON C. ENGLAND, JR.
				UNITED STATES DISTRICT JUDGE